# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAMS FIELD SERVICES COMPANY, LLC,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>TODD E. GREENWOOD, JAMES F. GREENWOOD, and JEFFREY A. GREENWOOD,<br><br>　　　Defendants. | No. 3:19-CV-01545<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 12th day of August 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for summary judgment (Doc. 68) is **GRANTED**.

2. Defendants' motion for summary judgment (Doc. 65) is **DENIED**.

3. Final Judgment is entered in favor of Williams Field Services Company, LLC, and against Todd E. Greenwood, James F. Greenwood, and Jeffrey A. Greenwood.

4. The Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge